**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CITY OF METROPOLIS, ILLINOIS, a Municipal Corporation, and COUNTY OF MASSAC, a Municipal Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 3:21-cv-00860-SMY<br><br>Honorable Staci M. Yandle |

**HONEYWELL INTERNATIONAL, INC.'S MOTIONS *IN LIMINE***

For the reasons articulated in the accompanying memorandum in support, Defendant Honeywell International, Inc. hereby respectfully moves for an order *in limine* precluding Plaintiffs and any witnesses called by Plaintiffs from mentioning to the jury or introducing argument, questions, and evidence relating to the below:

1. Motion *in Limine* 1: To Exclude Argument, Questions, and Evidence Related to Massac County Community Health Needs Assessment

2. Motion *in Limine* 2: To Exclude Argument, Questions, and Evidence Concerning the Presence of Radon and its Daughters

3. Motion *in Limine* 3: To Exclude Argument, Questions, and Evidence Related to Accidental Releases and Abnormal Operations

4. Motion *in Limine* 4: To Exclude Argument, Questions, and Evidence Concerning SEM/EDS Data And Particle Dose Calculations

5. Motion *in Limine* 5: To Exclude Argument, Questions, and Evidence Relating to Data and Doses from Samples Collected on Properties Not Owned by the City or County

6. Motion *in Limine* 6: To Exclude Argument, Questions, and Evidence of The Two Outlier Environmental Samples

7. Motion *in Limine* 7: To Exclude Argument, Questions, and Evidence of Irrelevant and Prejudicial Dose Calculations

8. Motion *in Limine* 8: To Exclude Argument, Questions, and Evidence of Alleged Handling of Plutonium and the Presence of Plutonium in the Community

9. Motion *in Limine* 9: To Exclude Argument, Questions, and Evidence of Facility Conditions, Company Conduct, and "Bad Acts"

10. Motion *in Limine* 10: To Exclude Argument, Questions, and Evidence Regarding Facility Design Changes

11. Motion *in Limine* 11: To Exclude Improper and Inflammatory Arguments, Questions, and Evidence

12. Motion *in Limine* 12: To Exclude Argument, Questions, and Evidence Regarding Other Irrelevant Issues and Allegations

Dated: September 3, 2025

Respectfully submitted,

*/s/ Lauren C. Daniel*

Lauren C. Daniel (*Pro Hac Vice*)
Michael D. Daneker (*Pro Hac Vice*)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001
Tel: 202.942.5000
Lauren.Daniel@arnoldporter.com
Michael.Daneker@arnoldporter.com

John E. Galvin, #6205935
Suzanne P. Galvin #6209276
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000
(314) 552-7000 Fax
jgalvin@thompsoncoburn.com
sgalvin@thompsoncoburn.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the Unite States District Court for the Southern District of Illinois by using the CM/ECF system on September 3, 2025. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Lauren C. Daniel*
Lauren C. Daniel